1  MICHELE BECKWITH
   Acting United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | CASE NO. 1:25-MJ-00023-SAB
                Plaintiff,         MOTION FOR RELEASE; ORDER
12
                v.
13
   FERNANDO VALENCIA-REBUELTA,
14
                Defendant.
15

16     On March 14, 2025, Defendant Fernando Valencia-Rebuelta made his initial appearance in this

17 District on an out of district supervised release violation out of the Southern District of California,

18 United States v. Fernando Valencia-Rebuelta, Case No. 14-CR-00263-TWR (S.D.Cal.).

19     On September 18, 2024, upon motion by the government, the Hon. Todd W. Robinson, U.S.

20 District Judge, issued an order dismissing the underlying supervised release petitions and recalling the

21 associated warrant(s) in the case.

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

1

Accordingly, the United States moves this Court to issue an order releasing the Defendant from custody in this case and closing the case.

Dated: March 14, 2025

                    MICHELE BECKWITH
                    Acting United States Attorney

By: /s/ JEFFREY A. SPIVAK
     JEFFREY A. SPIVAK
     Assistant United States Attorney

## ORDER

The United States's Motion for Release is GRANTED. The Defendant is ordered released from custody in this case. This case is hereby ordered CLOSED.

IT IS SO ORDERED.

**Mar 14, 2025**

                                          HON. STANLEY A. BOONE
                                          UNITED STATES MAGISTRATE JUDGE